Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney Plaintiffs Estate of Gabriel Strickland,
N.S., and Shawna Alexander

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Gabriel Strickland, N.S., and Shawna Alexander,<br>    Plaintiffs,<br><br>vs.<br><br>Nevada County, California, et al.,<br><br>   Defendants. | CASE NO.:<br><br>**PLAINTIFF N.S.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

I. **Introduction**

Plaintiff N.S., a minor, requests the appointment of Leah Jolley, his mother, as his guardian *ad litem* for purposes of prosecuting this action.

II. **Relevant Facts**

N.S. is a plaintiff in the above-captioned action. (See Complaint, ECF No. 1). Plaintiff N.S. is a minor.  Declaration of N.S. ¶ 2; Declaration of Leah Jolley ¶2. Leah Jolley is Plaintiff N.S's biological mother and currently has sole custody of Plaintiff N.S..  Declaration of Leah Jolley ¶ 1.

Plaintiff N.S. and Leah Jolley are currently unaware of any conflicts of interest that would preclude Leah Jolley's appointment as Plaintiff N.S.'s guardian *ad litem* for purposes of prosecuting this action. Declaration of N.S. ¶¶ 3-4.

Plaintiff N.S. consents to Leah Jolley's appointment as his guardian *ad litem* in this matter.  Declaration of N.S., ¶5.  Leah Jolley consents to her appointment as Plaintiff N.S.'s guardian *ad litem* in this matter.  Declaration of Leah Jolley, ¶ 5.

III. **Applicable Law For Appointment of Guardian Ad Litem**

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). "A minor … who does not have a duly appointed representative may sue by a next friend or by a guardian *ad litem*. The court must appoint a guardian *ad litem* or issue another appropriate order to protect a minor … who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2); see also E.D. Cal. L.R. 202(a) ("Upon commencement of an action … by or on behalf of a minor …, the attorney representing the minor … shall present … a motion for the appointment of a guardian *ad litem* by the Court[.]").

An individual's capacity to sue is determined by the law of the individual's domicile. Fed. R. Civ. P. 17(b). Under California law, an individual under the age of 18 is a minor. Cal. Fam. Code § 6502. A minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code § 6601. A court may appoint a guardian *ad litem* to represent a minor's interests in the litigation. Cal. Code Civ. Proc. § 372(a). In making the determination concerning the appointment of a particular guardian *ad litem*, a court shall consider whether the minor and the guardian have divergent interests. Cal. Code Civ. Proc. § 372(b)(1).

The decision to appoint a guardian *ad litem* "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986); *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47 (Cal. Ct. App. 2007). When there is no conflict of interest, the guardian *ad litem* appointment is usually made upon *ex parte* application and involves minimal exercise of discretion by the trial court. *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149 (Cal. Ct. App. 1994).

Generally, a parent is recognized as an appropriate guardian *ad litem* on behalf of a minor child. See, e.g., *Basque v. County of Placer*, 2017 U.S. Dist. LEXIS 117290, at *1-3 (E.D. Cal. July 26, 2017); *Hugunin v. Rocklin Unified Sch. Dist.*,

2015 U.S. Dist. LEXIS 103410, at *4-5 (E.D. Cal. Aug. 6, 2015); *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000) ("[W]hen a parent brings an action on behalf of a child, and it is evident that the interests of each are the same, no need exists for someone other than the parent to represent the child's interests under [Fed. R. Civ. P.] 17(c).").

IV. Conclusion

Plaintiff N.S. respectfully requests the Court to appoint Leah Jolley as his guardian *ad litem* for purposes of prosecuting this action. A [Proposed] Order is submitted herewith.

Dated: January 28, 2021                                    Respectfully Submitted,


By: /s/ Patrick H. Dwyer
Patrick H. Dwyer, Counsel for Plaintiffs

3

Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney Plaintiffs Estate of Gabriel Strickland,
N.S., and Shawna Alexander

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Gabriel Strickland, N.S., and Shawna Alexander,<br>    Plaintiffs,<br><br>vs.<br><br>Nevada County, California, et al.,<br><br>   Defendants. | CASE NO.:<br><br>[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* |

The court, having reviewed the *ex parte* application for appointment of a guardian *ad litem* for Plaintiff N.S. in this action and finding good cause therefore, hereby appoints Leah Jolley as Plaintiff N.S.'s guardian *ad litem* for purposes of prosecuting this action.

**IT IS SO ORDERED**.

Date: _____           _____
                                                                            United States District Judge

4