Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney Plaintiffs Estate of Gabriel Strickland,
N.S., and Shawna Alexander

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Gabriel Strickland, N.S., and Shawna Alexander,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Nevada County, California, et al.,<br><br>　　　　　Defendants. | No.  2:21-CV-00175-MCE-AC<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

　　　　The Court, having reviewed the *ex parte* application for appointment of a guardian *ad litem* for Plaintiff N.S. in this action and finding good cause therefore, hereby appoints Leah Jolley as Plaintiff N.S.'s guardian *ad litem* for purposes of prosecuting this action.

　　　　IT IS SO ORDERED.

Dated:  February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1