EDCA Bill of Costs (Rev. 01/11)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Estate of Gabriel Strickland, et al.
v.
Nevada County, et al.

Case No.: 2:21-CV-00175-MCE-AC

## BILL OF COSTS

Judgment having been entered in the above entitled action on 05/13/2022 (*Date*) against Plaintiffs, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 175.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 175.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [x] Electronic service
- [ ] First class mail, postage prepaid
- [ ] Other:

s/ Attorney: Kayleigh A. Andersen

Name of Attorney: Kayleigh A. Andersen (CSBN:306442)

For: Nevada County, Sheriff Shannon Moon, Deputy Taylor King, Deputy Brandon Tri (*Name of Claiming Party*) Date: 05/27/2022

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ By: ______________ ______________
*Clerk of Court* *Deputy Clerk* *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Mildred K. O'Linn, Esq. (State Bar No. 159055)
*mko@manningllp.com*
Lynn Carpenter, Esq. (State Bar No. 310011)
*llc@manningllp.com*
Kayleigh Andersen, Esq. (State Bar No. 306442)
*kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, Nevada County, California, operator of the Nevada County Sheriff's Office, Sheriff Shannon Moon, Deputy Taylor King, Deputy Brandon Tripp, Officer Joseph McCormack

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

Estate of Gabriel Strickland, N.S., and Shawna Alexander,

Plaintiffs

v.

Nevada County, California, operator of the Nevada County Sheriff's Office, Sheriff Shannon Moon, Deputy Taylor King, Deputy Taylor King, Deputy Brandon Tripp, Officer Joseph McCormack, and Does 1-10; City of Grass Valley, California, operator of Grass Valley Police Department, Chief Alex Gammelgard, Officer Brian Hooper, Officer Dennis Grube, Officer Conrad Ball, and Does 11 to 15; Wellpath Management, Inc., and the following personnel: Brent Weldemere, Richard Donofrio, and Does 16 through 20,

Defendants.

Case No. 2:21-cv-00175-MCE-AC
*[District Judge. Morrison C. England Magistrate Judge Allison Claire]*

**DECLARATION OF KAYLEIGH A. ANDERSEN IN SUPPORT OF BILL OF COSTS AND ITEMIZATION OF COSTS BY DEFENDANTS NEVADA COUNTY, SHERIFF SHANNON MOON, DEPUTY TAYLOR KING, DEPUTY BRANDON TRIPP, AND OFFICER JOSEPH McCORMACK**

Complaint Filed: 01/28/21
Trial Date: N/A

///

///

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

## DECLARATION OF KAYLEIGH A. ANDERSEN

I, Kayleigh A. Andersen, declare as follows:

1. I am an attorney at law, duly licensed to practice before this court and all courts in the State of California. I am an attorney with the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants Nevada County, Sheriff Shannon Moon, Deputy Taylor King, Deputy Brandon Tripp, and Officer Joseph McCormack ("Defendants"). I have personal knowledge of the following facts and if called to testify as to them, would and could competently do so.

2. Attached hereto as **EXHIBIT A** are true and correct copies of invoices for costs in this case, itemized as follows:

| PAYEE | INVOICE DATE | DESCRIPTION OF INVOICE | COST |
|---|---|---|---|
| Mary Bardellini & Associates | 09/27/2021 | DEPOSITION TRANSCRIPT FEE - Certified deposition transcript of John Anderson taken on 06/09/2021 | $175.00 |

3. **TOTAL** = $175.00.

4. I have reviewed the costs that are currently being sought on behalf of Defendants and find that they were necessarily incurred for the defense of the above case, and are reasonable.

5. Attached as Exhibit A to this Declaration is a true and correct copy of the invoice that was presented to and through this office in connection with the defense of the above-entitled case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and believe and that this declaration was executed in San Bernardino, California on May 27, 2022.

DATED: May 27, 2022

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh A. Andersen*
Mildred K. O'Linn, Esq.
Lynn L. Carpenter, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, Nevada County, California, operator of the Nevada County Sheriff's Office, Sheriff Shannon Moon, Deputy Taylor King, Deputy Brandon Tripp, Officer Joseph McCormack

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

4855-9569-0274.1
3
DECLARATION OF KAYLEIGH A. ANDERSEN IN SUPPORT OF BILL OF COSTS AND ITEMIZATION OF COSTS BY DEFENDANTS

EXHIBIT "A"

**Mary Bardellini & Associates**

195 Cherry Avenue
Auburn, CA 95603

| Phone # | 530-823-2950 |
|---|---|
| CELL 530-320-2221 | TAX ID 68-0123194 |
| E-mail | depos@bardellini.com |

# Invoice

BILL TO

MANNING & KASS
c/o LYNN CARPENTER, ESQ
801 S. FIGUEROA STREET, FLOOR 15
LOS ANGELES, CA 90017-3012

| Date | Invoice # |
|---|---|
| 8/13/2021 | 20767 |

| Court Reporter | Terms |
|---|---|
| MB | Due on receipt |

| Description | Rate | Amount |
|---|---|---|
| 6-9-21 JOHN ANDERSON DEPO STRICKLAND V NEVADA CO. | | |
| One certified transcript | 165.00 | 165.00 |
| Exhibits | 10.00 | 10.00 |

We appreciate your business!

| | |
|---|---|
| **INVOICE TOTAL** | $175.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.00 |

**Mary Bardellini & Associates**

195 Cherry Avenue
Auburn, CA 95603

| Phone # | 530-823-2950 |
|---|---|
| CELL 530-320-2221 | TAX ID 68-0123194 |
| E-mail | depos@bardellini.com |

# Invoice

BILL TO

MANNING & KASS
c/o LYNN CARPENTER, ESQ
801 S. FIGUEROA STREET, FLOOR 15
LOS ANGELES, CA 90017-3012

| Date | Invoice # |
|---|---|
| 8/13/2021 | 20767 |

| Court Reporter | Terms |
|---|---|
| MB | Due on receipt |

| Description | Rate | Amount |
|---|---|---|
| 6-9-21 JOHN ANDERSON DEPO STRICKLAND V NEVADA CO. | | |
| One certified transcript | 165.00 | 165.00 |
| Exhibits | 10.00 | 10.00 |

We appreciate your business!

| | |
|---|---|
| **INVOICE TOTAL** | $175.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.00 |