Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Estate of Gabriel Strickland,
N.S., and Shawna Alexander

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Estate of Gabriel Strickland, N.S., and Shawna Alexander,<br><br>      Plaintiffs,<br><br>vs.<br><br>Nevada County, California, et al,<br><br>      Defendants. | Case No. 2:21-CV-00175-MCE-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES OF THE COURT'S PRE-TRIAL SCHEDULING ORDER.**<br><br>First Amended Complaint<br>Filed October 18, 2021 |

Pursuant to the Court's Minute Order of March 13, 2024, requesting new deadlines for the Court's Pre-trial Scheduling Order, counsel for the Plaintiffs and Defendants have met and conferred and hereby submit the following Stipulation and Proposed Order for new deadlines in this action.

1. <u>Existing Deadlines</u>

The parties understand that the Court previously set the following deadlines in its Pretrial Scheduling Order

| Deadline | |
|---|---|
| Date for Filing Second Amended Complaint w/o Motion to Amend the Scheduling Order | October 23, 2023 |
| Non-Expert Discovery Cutoff & Discovery Motion Cutoff | September 2, 2024 |
| Expert Disclosure Cutoff | December 2, 2024 |

1

| | |
|---|---|
| Rebuttal Experts Disclosure Cutoff | January 2, 2025 |
| Expert Discovery Cutoff | February 3, 2025 |
| Dispositive Motion Filing Deadline | March 3, 2025 |

2. **Proposed New Deadlines**

The parties, by and through their respective counsel, hereby **Stipulate** to the following new deadlines for the Court's Pre-trial Scheduling Order:

| **Deadline** | |
|---|---|
| Date for Filing Second Amended Complaint w/o Motion to Amend the Scheduling Order | September 2, 2024 |
| Non-Expert Discovery Cutoff & Discovery Motion Cutoff | March 4, 2025 |
| Expert Disclosure Cutoff | June 3, 2025 |
| Rebuttal Experts Disclosure Cutoff | July 3, 2025 |
| Expert Discovery Cutoff | August 8, 2025 |
| Dispositive Motion Filing Deadline | September 12, 2025 |

Date: April 9, 2024                                    Respectfully Submitted,

By: /s/ Patrick H. Dwyer
    Patrick H. Dwyer, Attorney for Plaintiffs
ESTATE OF GABRIEL STRICKLAND, N.S.,
And SHAWNA ALEXANDER

Date: April 9, 2024     MANNING & KASS
                        ELLROD, RAMIREZ, TRESTER LLP


                        By:      /s/ Mildred K. O'Linn
                            Mildred K. O'Linn, Esq.
                            Lynn Carpenter, Esq.
                            Attorneys for Defendants
                            NEVADA COUNTY, AND OFFICER
                            JOSEPH McCORMACK


Date: April 9, 2024


                        By:      /s/ Jerome Varanini
                            Jerome Varanini, Attorney for
                            Wellpath Management, Inc.. Brent
                            Weldemere, and Richard Donofrio

**STIPULATION FOR EXTENSION OF DEADLINES FOR COURT'S PRE-TRIAL SCHEDULING ORDER**

# ORDER

The Court, having reviewed the Stipulation of all parties to new deadlines for the Court's Pre-trial Scheduling Order in this action, and finding good cause therefore, hereby adopts the proposed deadlines as follows:

1. Plaintiffs shall have until September 2, 2024, to file a Second Amended Complaint without having to file a motion to amend the Scheduling Order;

2. The Non-Expert Discovery & Discovery Motion Cutoff shall be March 4, 2025;

3. The Expert Disclosure Cutoff shall be June 3, 2025;

4. The Rebuttal Experts Disclosure Cutoff shall be July 3, 2025;

5. The Expert Discovery Cutoff shall be August 8, 2025; and

6. The Dispositive Motion Filing Deadline shall be September 12, 2025.

IT IS SO ORDERED.

Dated: April 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE